FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00076-CV

**IN THE INTEREST OF J.R.R., A CHILD**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-2771-CV-C
Honorable Thomas Nathaniel Stuckey, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. The notice of appeal was filed on February 7, 2022. Therefore, this appeal must be disposed of by August 6, 2022.

Appellee's brief was due April 18, 2022. On April 25, 2022, appellee filed an unopposed motion requesting a twenty-day extension of time in which to file its brief. The motion is GRANTED and appellee is ORDERED to file its brief **no later than May 9, 2022**. FURTHER REQUESTS FOR AN EXTENSION OF TIME WILL NOT BE GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court